27 So.3d 776 (2010)
A.W., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-111.
District Court of Appeal of Florida, Third District.
February 17, 2010.
Carlos J. Martinez, Public Defender, and Brian L. Ellison, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Nicholas Merlin, Assistant Attorney General, for appellee.
Before SUAREZ and LAGOA, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Terry v. Ohio, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968); Hernandez v. State, 784 So.2d 1124 (Fla. 3d DCA 1999); State v. Pye, 551 So.2d 1237 (Fla. 1st DCA 1989). Cf. V.B. v. State, 959 So.2d 1252 (Fla. 3d DCA 2007).